UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eugene R. Boos,                                              Civil No. 05-523 (PAM/JSM)

    Petitioner,

v.                                                                                    **ORDER**

Joan Fabian,

    Respondent.

_____

The above matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Janie S. Mayeron dated January 4, 2008, that Petitioner's application for a writ of habeas corpus be denied and that the matter be dismissed with prejudice. No objections to the R&R were filed in the time period allowed. Based on the R&R and the files, records and proceedings herein, **IT IS HEREBY ORDERED** that**:**

1. Petitioner's Petition for Writ of Habeas Corpus (Docket No. 1) is **DENIED**; and

2. This matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 11, 2008

                                                s/Paul A. Magnuson
                                                Paul A. Magnuson
                                                United States District Judge